DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVY WORAH OZIMO,**
Appellant,

v.

**VICKY BAN,**
Appellee.

No. 4D2025-3049

[June 11, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lauren Godden Burke, Judge; L.T. Case No. 502024DR003378XXXASB.

Stevy Worah Ozimo, Miami, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***